UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL ACTION H-08-022 |
| | § | |
| PAUL G. NOVAK | § | |

## PAUL G. NOVAK'S UNOPPOSED MOTION TO TRAVEL

_____

TO THE HONORABLE SIM LAKE:

COMES NOW, Paul G. Novak, Defendant, by and through his attorney of record, Charley A. Davidson, and files this Unopposed Motion to Travel and would show the Court the following:

I.

On December 19, 2008, Mr. Novak appeared before Magistrate Judge Mary Milloy and was released on conditions, including a requirement that he not travel outside the State of Texas without permission of the Court.

II.

Mr. Novak is requesting permission to make two trips in the upcoming month.

First, he is requesting that he be allowed to accompany his wife and children to Little Rock, Arkansas, to visit his wife's family on December 18 – 21, 2011. This trip would be by car. He is also requesting permission to travel with his wife and children to Telluride, Colorado, to visit his parents and other members of his family on January 6 – 8, 2012. This trip would be by plane.

III.

Mr. Novak has consulted with Andy Flores, his PreTrial Services officer, and he does not oppose the granting of this request.

Counsel has spoken with Ms. Laura Perkins, the prosecutor handling this case, and she has advised him that she does not oppose the granting of these requests for travel.

WHEREFORE, PREMISES CONSIDERED, Paul G. Novak requests that he be given permission by the Court for his travel to Little Rock, Arkansas from December 18 – 21, 2011, and to Telluride, Colorado from January 6 – 8, 2012.

Respectfully Submitted,

Locke Lord, LLP

By: ___/S/ Charley A. Davidson___
Charley A. Davidson
State Bar No. 05430700
600 Travis St., Suite 2800
Houston, Texas   77002
(713) 226-1373 Telephone
(713) 229-2628 Facsimile

ATTORNEY FOR PAUL G. NOVAK

**Certificate of Conference**

Laura Perkins, Department of Justice, was contacted on December 10, 2011 and she indicated that she did not oppose the granting of this Motion.

___/S/ Charley A. Davidson___
Charley A. Davidson

**Certificate of Service**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District's CM/ECF system per Local Rule CV-5(a)(3) on this the **12th** day of **December, 2011.**

                                          */S/ Charley A. Davidson*
                                          Charley A. Davidson